STAPLETON NAT. BANK, Respondent, v. UNITED STATES FIDELITY & GUARANTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Stapleton National Bank against the United States Fidelity & Guaranty Company. No opinion. Motion denied, with $10 costs. See, also, 115 N. Y. Supp. 372.

STEEL, Respondent, v. KNIGHT et al., Appellants. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Henry E. Steel against John W. Knight and others. F. G. Caffey, for appellants. G. W. Schurman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. ·

STERN, Appellant, v. STERN, Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Benjamin Stern against Sara Stern, as executrix. W. M. Bennett, for appellant. E. Bisbee, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STODDER, Appellant, v. NEW ENGLAND NAVIGATION CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by William F. Stodder against the New England Navigation Company. No opinion. Judgment and order of the Municipal Court affirmed by default, with costs.

STRAMMER, Respondent, v. MENDELSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Max Strammer against Abraham Mendelson. No opinion. Motion denied, with $10 costs.

STUYVESANT REAL ESTATE CO., Respondent, v. ERICKSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Stuyvesant Real Estate Company against Benno Erickson. No opinion. Final order of the Municipal Court affirmed.

TAMS, Appellant, v. SCHIRMER et al., Respondents. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Arthur W. ·Tams against G. Schirmer and others. M. Grossman, for appellant. A. Knauth, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

TAYLOR, Appellant, v. HEYL et al., Respondents. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Henry A. Taylor against George E. Heyl and another. A. B. Bergstrom, for appellant. I. B. Louis, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TAYLOR, Respondent, v. TAYLOR et al., Appellants. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Jessie K. Taylor against Talbot J. Taylor and another. R. W. Candler, for appellants, S. Untermyer, for respondent. No opinion. Judgment affirmed, with costs against defendant. Order filed. See, also, 116 N. Y. Supp. 530.

THOMSON METER CO., Respondent, v. PEOPLE'S DRUG STORE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Thomson Meter Company against the People's Drug Store Company. No opinion. Final order of the Municipal Court affirmed, with costs.

TITLE GUARANTEE & TRUST CO., Respondent, v. MacVEAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Title Guarantee & Trust Company against Charles H. MacVean.
PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff did not establish that April 19th was an absolute, but a conditional, day set for the closing of the title.

TOWN OF PLATTEKILL, ULSTER COUNTY, Appellant, v. LOUNSBERY, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by the town of Plattekill, Ulster county, N. Y., against Cervonia Lounsbery. No opinion. Judgment (54 Misc. Rep. 492, 106 N. Y. Supp. 139) unanimously affirmed, with costs.

TRANTER, Respondent, v. TRANTER, Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Beatrice Tranter against Sefton Tranter. G. F. Stiebeling, for appellant. H. S. Stewart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TREBING, Respondent, v. DIME SAVINGS BANK OF WILLIAMSBURGH et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Julia M. Trebing against the Dime Savings Bank of Williamsburgh and others. No opinion. Order affirmed, with $10 costs and disbursements.

TROTTER, Appellant, v. LISMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Walter C. Trotter, as receiver, against Frederick J. Lisman and others. Strong & Cadwalader, for appellant. C. K. Allen, for respondents.